# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

United States of America )
v. )
KASHIF DEONDRE NORWOOD )
) Case No: 06-00176-005
) USM No: 09553-003
Date of Original Judgment: 02/15/2008 )
Date of Previous Amended Judgment: ) Pro Se
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 127 months **is reduced to** 114 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/15/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/22/2011           /s/ Callie V. S. Granade
                                  *Judge's signature*

Effective Date:                   United States District Judge
*(if different from order date)*  *Printed name and title*